NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-790


JODONNA HARDY, ET AL.

VERSUS

WESTPORT INSURANCE CORPORATION, ET AL.

**********

APPEAL FROM THE
TENTH JUDICIAL DISTRICT COURT
PARISH OF NATCHITOCHES, NO. 74291, DIV. B
HONORABLE W. PEYTON CUNNINGHAM  JR., DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Billie Colombaro Woodard, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED.

James Huey Gibson
Allen & Gooch
P. O. Box 3768
Lafayette, LA 70502-3768
(337) 291-1300
  Counsel for Defendant Appellee:
  Thomas Taylor Townsend
  Westport Insurance Corporation

Dave Knadler
Attorney at Law
5258 Hwy 3276, Suite C
Stonewall, LA 71078
(318) 925-4419
  Counsel for Plaintiff Appellant:
  Jodonna Hardy
  Bessie Mae Carter Hardy